UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SARAH BRAGA, et al.,

    Plaintiffs,

v.

INTERSEC INTERACTIVE, INC.,

    Defendant.

Case No. 15-cv-01145-JST

**REASSIGNMENT ORDER**

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Honorable Donna M. Ryu** in **Oakland division** for all further proceedings. Counsel are instructed that all future filings shall bear the **initials DMR** immediately after the case number. All dates presently scheduled are vacated and motions should be renoticed for hearing before the judge to whom the case has been reassigned. Briefing schedules, including ADR and other deadlines remain unchanged. *See* Civil L.R. 7-7(d). Matters for which a magistrate judge has already issued a report and recommendation shall not be rebriefed or noticed for hearing before the newly assigned judge; such matters shall proceed in accordance with Fed. R. Civ. P. 72(b).

.

Dated: 4/21/2015

FOR THE EXECUTIVE COMMITTEE:

_____
Richard W. Wieking
Clerk of Court

A true and correct copy of this order has been served by mail upon any pro se parties.