UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH BRAGA, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>INTERSEC INTERACTIVE, INC.,<br><br>    Defendant. | Case No.  15-cv-01145-DMR<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT**<br><br>Re: Dkt. No. 8 |

Plaintiffs filed this lawsuit on March 11, 2015.  On April 2, 2015, Defendant filed a motion to dismiss.  [Docket No. 8.]  Plaintiffs have timely filed a First Amended Complaint.  *See* Fed. R. Civ. P. 15(a)(1).  Accordingly, Defendant's motion to dismiss is **denied as moot,** without prejudice**.**

**IT IS SO ORDERED.**

Dated: May 1, 2015

_____

Donna M. Ryu
United States Magistrate Judge