UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH BRAGA, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>INTERSEC INTERACTIVE, INC.,<br><br>  Defendant. | Case No.  15-cv-01145-DMR<br><br>**ORDER RESETTING INITIAL CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

Please be advised that the previously-noticed hearing date of June 10, 2015 for the Case Management Conference has been vacated.  You are hereby notified that the Case Management Conference is set for **June 11, 2015 at 11:00 a.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612.  For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar).

The joint case management statement remains due on **June 3, 2015.**

**IT IS SO ORDERED**.

Dated: June 3, 2015

_____
DONNA M. RYU
United States Magistrate Judge