UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH BRAGA, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>INTERSEC INTERACTIVE, INC.,<br><br>　　　　Defendant. | Case No.  15-cv-01145-DMR<br><br>**ORDER TO SHOW CAUSE FOR DEFENSE COUNSEL'S FAILURE TO APPEAR AT CASE MANAGEMENT CONFERENCE** |

The court held a case management conference on August 26, 2015.  Counsel for Defendant failed to appear.  By **August 31, 2015**, counsel for Defendant shall respond to this order to show cause for why she should not be sanctioned for her failure to appear at the case management conference.

**IT IS SO ORDERED.**

Dated: August 26, 2015

　　　　　　　　　　　　　　　　　　　　　　　　Donna M. Ryu
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge