UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH BRAGA, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>INTERSEC INTERACTIVE, INC.,<br><br>  Defendant. | Case No. 15-cv-01145-DMR<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

Defendant's counsel has responded to the court's order to show cause. *See* Docket Nos. 34-35.  The order to show cause is discharged.

**IT IS SO ORDERED.**

Dated: August 29, 2015

_____
Donna M. Ryu
United States Magistrate Judge