September 3, 2015

Honorable Donna Ryu
Magistrate Judge
Oakland Courthouse
Courtroom 4
1301 Clay Street
Oakland, CA 94612

    Re:    *4:15-cv-01145-DMR*
              *Braga, et al v. Intersec Interactive, Inc.*

Greetings:

Pursuant to the Civil Conference Minute Order, the parties agree to participate in an early settlement conference and/or mediation with a magistrate judge. In considering the holidays and status of discovery, the parties believe that such ADR could occur in late December or early January.

Respectfully Submitted,

Karen Tynan

Respectfully Submitted,

David Lipps