IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SARAH BRAGA, ET AL,  No. C-15-01145-DMR

       Plaintiffs,

  v.

INTERSEC INTERACTIVE, INC.,

       Defendant.

_____/

**ORDER OF REFERRAL FOR SETTLEMENT CONFERENCE**

IT IS HEREBY ORDERED THAT this case is referred to a randomly-assigned Magistrate Judge to conduct a Settlement Conference **which shall be scheduled in late December, 2015 - January, 2016,** or as soon thereafter as is convenient to the assigned Magistrate Judge's calendar.

IT IS SO ORDERED.

Dated:   September 11, 2015

_____
DONNA M. RYU
United States Magistrate Judge

cc: Chambers, CAND MagRef/CAND/09/USCOURTS