Karen Tynan, SBN 217775
1083 Vine Street, #201
Healdsburg, CA 95448
Telephone: (707) 395-0062
Facsimile: (707) 921-7352

Attorneys for Defendant
Intersec Interactive, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH BRAGA and MATTHEW COTTONE,<br><br>                    Plaintiffs,<br><br>        v.<br><br>INTERSEC INTERACTIVE, INC., and DOES 1-25<br><br>                    Defendants | Case No. cv-15-01145 DMR<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER**<br>(AS MODIFIED) |

The parties to the above-entitled action jointly submit this STIPULATION & PROPOSED

ORDER pursuant to the Standing Order for All Judges of the Northern District of California

dated July 1, 2011.

The parties are currently scheduled for a settlement conference on February 17, 2016 at

10:00a.m. and respectfully request that the currently scheduled case management conference for

February 17, 2016 at 1:30 pm be continued to March 2, 2016 or March 16, 2016 at 1:30 pm.

Dated: 2|8|16

_____
Counsel for plaintiff

Dated: 2|4|16

_____
Counsel for defendant

ORDER  (AS MODIFIED)

The above PROPOSED ORDER is approved as the matter should be continued so that the settlement conference can be completed. [In addition, the Court makes the further orders stated below.]  The further case management conference has been continued to March 16, 2016 at 1:30 p.m. Parties shall file an updated joint case management conference statement by no later than March 9, 2016.

IT IS SO ORDERED.

Dated: February 8, 2016



DONNA M. RYU
UNITED STATES DISTRICT/MAGISTRATE JUDGE

IT IS SO ORDERED
AS MODIFIED
Judge Donna M. Ryu