UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH BRAGA, et al.,<br>　　　　　Plaintiffs,<br>　　v.<br>INTERSEC INTERACTIVE, INC.,<br>　　　　　Defendant. | Case No. 15-cv-01145-DMR<br><br>**ORDER TO FILE DISMISSAL OR STATUS REPORT**<br><br>Re: Dkt. Nos. 57, 58 |

　　　　On March 9, 2016, parties settled the case before Magistrate Judge Laurel Beeler. [Docket No. 58.] The court issued a clerk's notice that the court had been informed that the case had settled and ordered the parties to file a status report or dismissal within 30 days. [Docket No. 57.] The status report or dismissal was required to be filed by April 8, 2016. The parties have filed neither.

　　　　The parties are hereby ordered to file a status report or a dismissal **by June 3, 2016.**

　　　　**IT IS SO ORDERED.**

Dated: May 31, 2016

　　　　　　　　　　　　　　　　　　　　　　　Donna M. Ryu
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge