Valerie A. Kraml, SBN 266933
2625 Alcatraz Ave., #319
Berkeley, California 94705
Telephone: 510-542-4059
Facsimile: 855-677-4647
Email: val.kraml@gmail.com

Attorneys for Plaintiff,
MATTHEW COTTONE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARAH BRAGA and MATTHEW COTTONE, <br><br> Plaintiffs, <br><br> vs. <br><br> INTERSEC INTERACTIVE, INC. and DOES 1 through 25, Inclusive, <br><br> Defendants. | Case No. 4:15-cv-01145-DMR <br><br> **REQUEST FOR DISMISSAL WITH PREJUDICE** <br><br> Hon. Magistrate Judge Donna M. Ryu <br><br> Complaint Filed: March 11, 2015 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs SARAH BRAGA and MATTHEW COTTONE (Plaintiffs) request that the above entitled action be dismissed with prejudice in its entirety.

Dated: March 21, 2017

Respectfully Submitted,

_____
Valerie A. Kraml, Attorney for Plaintiff
MATTHEW COTTONE

Dated: March 21, 2017

_____
Kevin Martin, Attorney for Plaintiff
SARAH BRAGA

---

REQUEST FOR DISMISSAL

1

## [proposed] ORDER

THE COURT HEREBY ORDERS that the above entitled action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: _____, 2017

_____
Hon. District Court Judge

PROOF OF SERVICE

FRCP 5

STATE OF CALIFORNIA, COUNTY OF ALAMEDA

I am employed in the County of Alameda, State of California. I am over the age of 18 and not a party to the within action. My business address is 2625 Alcatraz Avenue, #319, Berkeley California, 94705.

On the date listed below, I served the foregoing document described as:

(1) REQUEST FOR DISMISSAL OF ACTION

(2) [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE on the interested parties in this action by placing a true and correct copy enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at _Berkeley_, California, addressed as follows:

Ms. Karen Tynan, Esq.
1083 Vine St. #201
Healdsburg, CA 95448-4830

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 22, 2017 at _Berkeley_, California

By

_____
Valerie A. Kraml, Declarant